**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MIRIAM KASSANDRA GUEVARA,<br><br>                    Defendant. | CASE NO. 15CR1417-AJB<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

_X__    the Court has granted the motion of the Government for dismissal, without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

_X__    of the offense(s) as charged in the Indictment/Information:

        21:952 and 960 - Unlawful Importation of a Controlled Substance

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/11/2015

                                        William V. Gallo
                                        U.S. Magistrate Judge

FILED
AUG 1 1 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY